UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John A. Kelly
        Plaintiff

V.

Deutsche Bank et al
        Defendant

CIVIL ACTION

NO. 11-10328-RGS

## ORDER OF DISMISSAL

STEARNS, D. J.

In accordance with the Court's Memorandum and Order dated __6/9/11__ _____ granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

6/9/11                    /s/ Elaine Flaherty

Date                      Deputy Clerk